UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA COMPTON SOROR, *et al.* ) | |
| ) | |
| Appellants, ) | |
| v. ) | Appeal No.: 15-7026 |
| ) | |
| ALPHA KAPPA ALPHA SORORITY ) | (1:13-CV-00262-RMC) |
| INCORPORATED AND HOWARD ) | |
| UNIVERSITY ) | |
| ) | |
| Appellees. ) | |

**CONSENT MOTION OF APPELLEE HOWARD UNIVERSITY
TO EXTEND TIME TO FILE OPENING BRIEF**

COMES NOW, APPELLEE HOWARD UNIVERSITY ("Howard University"), by and through counsel BONNER KIERNAN TREBACH & CROCIATA, LLP, pursuant to F.R.A.P. 26(b) and 27, and requests an extension of time to file its Brief of Appellee. All Parties consent to the relief requested herein and this Consent Motion should be granted for the following reasons:

1.      On August 28, 2015, this Court modified the briefing schedule to permit the Parties to attempt Mediation. Pursuant to the schedule, Appellants' Brief was due on November 3, 2015. Appellants filed a timely Brief. Briefs of Appellees are due on December 3, 2015.

2.      Undersigned counsel for Howard University entered this matter in June 2015 following withdrawal of former counsel. Thereafter, the Parties focused efforts towards resolving this matter, including attending a Mediation Conference on September 17, 2015. Efforts to resolve this matter proved unsuccessful.

3.      Counsel for Howard University is seeking an additional two weeks - through December 18, 2015 - to prepare the Brief of Appellee because counsel is scheduled for trial

November 16, 2015 through November 20, 2015 in the matter of *Tyrone Pits v. Howard University,* 1:13-CV-01398 in the United States District Court for the District of Columbia. Trial of that matter and preparation for that trial will require all or nearly all of counsel's attention during the two week period of November 9, 2015 through November 20, 2015. This extension is sought accordingly.

4.　All Parties consent to the relief requested. In addition, all Parties consent to additional time for Appellants to file their final Reply through January 5, 2016.

**WHEREFORE**, Appellee Howard University respectfully requests that this Court extend the time for it to file its Brief.

Date: November 9, 2015

Respectfully submitted,

HOWARD UNIVERSITY
By Counsel
BONNER KIERNAN TREBACH & CROCIATA, LLP

_____
Alan S. Block
Dawn S. Singleton
1233 20th Street, N.W.
Eighth Floor
Washington, D.C. 20036
(202) 712-7000 (Telephone)
(202) 712-7100 (Facsimile)
ablock@bonnerkiernan.com
dsingleton@bonnerkiernan.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion was served electronically on November 9, 2015, upon:

J. Wyndal Gordon, Esq.
The Law Office of J. Wyndal Gordon
10 N. Calvert Street
Suite 930
Baltimore, Maryland 21202
Counsel for Appellants

Justin M. Flint, Esq.
Laura M.K. Hassler, Esq.
Eccleston & Wolf, PC
1629 K Street, NW
Suite 260
Washington, DC 20006
Counsel for Appellee Alpha Kappa Alpha Sorority, Inc.

_____
Dawn S. Singleton