# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 15-7026 | September Term, 2015 |
| | 1:13-cv-00262-RMC |
| | Filed On: November 10, 2015 [1582884] |

Sandra Compton, SOROR, et al.,

    Appellants

    v.

Alpha Kappa Alpha Sorority Incorporated
and Howard University,

    Appellees

### O R D E R

Upon consideration of the consent motion of appellee Howard University for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 18, 2015 |
| Appellants' Reply Brief | January 5, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk